**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| KAREN STRAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-338 |
| | ) | |
| TIMOTHY DERNULC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant Timothy Dernulc, by counsel CRIST, SEARS & ZIC, LLP, respectfully shows the Court as follows:

1.      On October 5, 2022, Plaintiff filed her Complaint for Damages in Porter Superior Court Five under Cause Number 64D05-2210-CT-8383, asserting claims under federal law against Defendant.

2.      Specifically,  Plaintiff's Complaint alleges violations of the Fourth Amendment to the United States Constitution and requests relief under 42 U.S.C. § 1983 and 42 U.S.C. § 1988.

3.      Defendant was served by certified mail on or after October 24, 2022.

4.      As a claim under the federal law of the United States has been made, this matter is removable under 28 U.S.C. § 1441(a), since the matter falls within the Court's federal question jurisdiction under 28 U.S.C. § 1331.

5.      Pursuant to 28 U.S.C. §1446, this Notice of Removal was filed within the thirty (30) day time period after service on Defendants and is therefore timely filed

6.      All pleadings served upon the Defendant are attached hereto as Exhibit A.

7.      Defendant desires the removal of this lawsuit from state court to the United States District Court, Northern District of Indiana, Hammond Division.

8.	Defendant is contemporaneously filing a copy of this Notice of Removal with the Clerk of the Porter Superior Court, sitting in Valparaiso, Lake County, Indiana.

WHEREFORE, Defendant Timothy Dernulc, by counsel CRIST, SEARS & ZIC, LLP, respectfully request that  this lawsuit be removed from Porter Superior Court Five to this Court.

Respectfully submitted,

/s/ Jacquelyn S. Pillar
Michael D. Sears, #2108-45
Jacquelyn S. Pillar, #25051-64
Kerry A. Pangere, #21590-45
CRIST, SEARS & ZIC, LLP
11051 Broadway, Suite
Crown Point, IN 46307
(219) 836-0200
msears@cszlegal.com;
jpillar@cszlegal.com;
kpangere@cszlegal.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on the 14th day of November, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the CM/ECF Filing and/or by depositing the same in the United States Mail with sufficient first-class postage affixed.

/s/ Jacquelyn S. Pillar
CRIST, SEARS & ZIC, LLP

2